CITY OF BUTTE, APPELLANT, *v.* McKAY, RESPONDENT.

(No. 3,564.)

(Submitted September 24, 1915. Decided September 30, 1915.)

[152 Pac. 31.]

*Appeal and Error—Nonappealable Orders—Order Taxing Costs.*

1. An order taxing costs is not appealable; such an order may be reviewed only on appeal from the judgment.

[As to what judgments and orders may be appealed from, see note in 20 Am. St. Rep. 173.]

*Appeal from District Court, Silver Bow County; J. B. McClernan, Judge.*

ACTION by the City of Butte against Nellie McKay. From an order taxing costs, plaintiff appeals. Appeal dismissed.

Cause submitted by briefs of counsel.

*Messrs. Alexander Mackel, Wm. F. Davis* and *N. A. Rotering,* for Appellant.

*Mr. W. E. Carroll,* for Respondent.

MR. CHIEF JUSTICE BRANTLY delivered the opinion of the court.

Upon inspection of the record herein, we find that the plaintiff has attempted to appeal from an order of the district court taxing costs. We have frequently held that such orders are not appealable, but must be reviewed, if at all, upon an appeal from the judgment. (*Murray* v. *Northern Pac. Ry. Co.,* 26 Mont. 268, 67 Pac. 625; *Montana Ore Pur. Co.* v. *Boston & Mont. Con. C. & S. Min. Co.,* 27 Mont. 288, 70 Pac. 1114; *King* v. *Allen,* 29 Mont. 5, 73 Pac. 1107; *Ferris* v. *McNally,* 45 Mont. 20, 121 Pac. 889.) This court is therefore without jurisdiction to consider the merits, and hence the appeal is dismissed.

*Dismissed.*

MR. CHIEF JUSTICE SANNER and MR. JUSTICE HOLLOWAY concur.